UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODELL LEE ROBERTSON | CIVIL ACTION |
| VERSUS | NO. 23-7418 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL. | SECTION "T" (4) |

**O R D E R**

The Court, having considered the complaint, R. Doc. 4, the record of the above-captioned case, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 11, and Plaintiff's objections thereto, R. Doc. 12, finds no error in and therefore hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly;

**IT IS ORDERED** that Plaintiff Odell Lee Robertson's 42 U.S.C. § 1983 claims against defendants Jefferson Parish Correctional Center and Deputy Joseph Trosclair are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 13th day of August, 2024.

UNITED STATES DISTRICT JUDGE